UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATLAS EQUIPMENT CO., LLC,, <br><br> Plaintiff, <br><br> v. <br><br> WEIR SLURRY GROUP, INC. and WEIR MINERALS AUSTRALIA, LTD., <br><br> Defendants, Counter-Claimants <br> and <br> Third-Party Plaintiffs <br><br> v. <br><br> ATLAS EQUIPMENT CO., INC., and ATLAS EQUIPMENT MANUFACTURING, LTD, a/k/a HEBEI ATLAS EQUIPMENT MANUFACTURING, LTD., <br><br> Third-Party Defendants | Case No. C07-1358TSZ <br><br> TAXATION OF COSTS |

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against THIRD-PARTY PLAINTIFFS WEIR SLURRY GROUP, INC. , and WEIR MINERALS AUSTRALIA, LTD and on behalf of THIRD PARTY DEFENDANT ATLAS EQUIPMENT MANUFACTURING LTD in the amount of $155.00 as follows

:

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. COPYING COSTS | $774.06 | $619.06 | $155.00 |

General copying charges including production of discovery materials are not taxable. Clerk only allowed costs directly related to filings in the case. Clerk estimated that 20% of total costs requested were for copying of court related materials.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| II. DEPOSITION COSTS | $2001.30 | $2001.30 | 0 |

Only costs for depositions actually used by counsel in this case were allowed. Counsel did not directly use any of the depositions for which costs are requested.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III. MESSENGER SERVICES | $142.77 | $142.77 | 0 |

Costs for messenger services are not taxable.

Dated this   4th   day of MARCH, 2010 .

Bruce Rifkin
Clerk, U.S. District Court

TAXATION OF COSTS -- 2