# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ATLAS EQUIPMENT COMPANY, LLC,

    Plaintiff,

v.

WEIR SLURRY GROUP, INC. and WEIR MINERALS AUSTRALIA, LTD.,

    Defendants.

Case No. C07-1358TSZ

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against DEFENDANTS WEIR SLURRY GROUP, INC., and WEIR MINERALS AUSTRALIA, LTD , and on behalf of PLAINTIFF ATLAS EQUIPMENT COMPANY, LLC in the amount of $30,515.67 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I. CLERK'S FEES | $587.28 | $117.28 | $470.00 |

Pacer fees are not taxable.

| | | | |
|---|---|---|---|
| II. SERVICE FEES | $1,431.50 | $830.00 | $601.50 |

Clerk allowed costs for service on individuals whose depositions were actually used by counsel in support of their motion for summary judgment. Costs for expedited service were not allowed.

| | | | |
|---|---|---|---|
| III. DEPOSITION COSTS | $36,979.94 | $16,393.50 | $20,586.44 |

Clerk allowed costs for transcripts and appearance fees for all depositions actually used by counsel in support of their summary judgment motion. This includes depositions that supported an issue on which they did not prevail. Costs for extra transcript formats were not allowed.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| IV. WITNESS FEES | $2,786.28 | $688.30 | $2,097.98 |

Clerk disallowed expenses that exceeded the authorized maximums allowed for government travel. Costs for Zhou and Kulak were allowed since they are not named parties to this action.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| V. COPY COSTS | $33,798.75 | $27,039.00 | $6,759.75 |

General copying costs including expenses incurred during discovery are not taxable. Clerk estimated that 20% of the costs requested represented copying directly related to case filings.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| VI. INTERPRETERS | $13,881.96 | $13,881.96 | 0 |

Interpreter costs are not taxable.

Dated this ____4th____ day of MARCH, 2000 .

_____
Bruce Rifkin
Clerk, U.S. District Court

TAXATION OF COSTS -- 2